JUDGE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-220 RSM |
| Plaintiff, | ORDER CONTINUING EVIDENTIARY HEARING |
| v. | |
| PESA THOMPSON, | |
| Defendant. | |

Defendant's Motion to Continue Evidentiary Hearing re Supervised Release Violations is GRANTED. The evidentiary hearing is continued to July 12, 2019 at 10:00 AM.

DATED this 1st day of April, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**Hart Jarvis Murray Chang PLLC**
**155 NE 100th Street Suite 210**
**Seattle, WA 98125**
**(206)735-7474**